UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHARLES WANG,

        Petitioner,

vs.

DAVID PULIDO, et al.,

        Respondents.

No. C 09-3549 PJH (PR)

**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF**

    This is a habeas case filed pro se by a state prisoner. The petition was dismissed because when petitioner filed his petition he was not in custody on the probation revocation he sought to challenge. He filed a notice of appeal; this court denied a certificate of appealability. The question whether a certificate of appealability should issue is presently under consideration in the court of appeals. *See Wang v. Pulido*, No. 10-15549 (9th Cir. Order Jul. 12, 2010) (denying motion to reconsider denial of motion for emergency injunctive relief; noting briefing suspended pending disposition of motion for COA).

    Petitioner filed a motion for injunctive relief the same day as the dismissal and judgment were entered. The motion (document number 7) is **DENIED** for lack of jurisdiction. *See Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (notice of appeal divests district court of jurisdiction). Petitioner's motion for leave to proceed in forma pauperis on appeal (document number 16) is **DENIED** without prejudice to renewing it in the court of appeals if a COA is granted.

    **IT IS SO ORDERED.**

Dated: August 23, 2010.

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

P:\PRO-SE\PJH\HC.09\WANG,C3549.DSM.wpd